UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABBIE LULA LILLY,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. 2:20-cv-01183-JRC

ORDER AMENDING SCHEDULING ORDER

This matter is before the Court on plaintiff's motion for an extension of time in which to file the opening brief. *See* Dkt. 15. The motion is unopposed. *See* Dkt. 15, at 1. Therefore, and finding good cause for an extension, the motion is granted. The scheduling order in this matter is amended as follows: plaintiff's opening brief is due on or before March 18, 2021; the responsive brief is due on or before April 19, 2021; and any reply brief is due on or before May 3, 2021.

Dated this 28th day of January, 2021.

J. Richard Creatura
United States Magistrate Judge

ORDER AMENDING SCHEDULING ORDER - 1